No. 85–7195. PLUMMER ET UX. v. PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE. C. A. 3d Cir. Certiorari before judgment denied.

No. 86–3. DALY v. DALY. Sup. Ct. Nev. Motion of Women Lawyer's Association of Los Angeles for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 86–25. BURGGRAF CORP. ET AL. v. GOODYEAR TIRE & RUBBER CO. ET AL. C. A. 10th Cir. Petition for writ of certiorari and/or mandamus denied.

No. 86–127. SHERLOCK v. MERCED UNION HIGH SCHOOL DISTRICT. C. A. 9th Cir. Certiorari denied. JUSTICE POWELL would grant certiorari.

No. 86–149. PATROFF v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for writ of certiorari and reverse the conviction.